[No. 8052–8–III. Division Three. October 29, 1987.]

MEDIC I, INC., *Respondent,* v. THE CITY OF SPOKANE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–01861–6, James M. Murphy, J., entered August 21, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7734–9–III. Division Three. October 29, 1987.]

HELMUT LUETGENS, ET AL, *Appellants,* v. HOWARD L. LUHR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 84–2–00069–1, Larry M. Kristianson, J., entered April 2, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by McInturff, C.J., and Green, J.

[No. 17801–6–I. Division One. November 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN EMERY BEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02256–1, Robert M. Elston, J., entered January 22, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman, J., Scholfield, C.J., concurring in the result.